IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SARAH TOMPKINS, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-cv-00058 |
| vs. | § § | |
| ABLE PLANET INCORPORATED; AMAZON.COM, INC.; AMERICAN RECREATION PRODUCTS, INC.; CENTURY LLC; CENTURY MARTIAL ART SUPPLY, LLC; MAG INSTRUMENT, INC.; TARGET CORPORATION; THINK OPERATIONS, LLC; WAL-MART STORES, INC.; | § § § § § § § § § § | Response to Defendant Wal-Mart's Motion to Dismiss  Jury Trial Demanded |
| Defendants. | § | |

**RESPONSE TO DEFENDANT WAL-MART STORES, INC.'S
MOTION TO DISMISS PLAINTIFF TOMPKINS' COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Wal-Mart Stores, Inc. ("Wal-Mart") filed a motion to dismiss Plaintiff Tompkins' Complaint on April 19, 2010. On April 28 Plaintiff filed a motion for leave to file a Second Amended Complaint. The amendments in Plaintiff's Second Amended Complaint were made in part to address deficiencies alleged in Wal-Mart's motion to dismiss. Plaintiff's motion for leave was granted on April 29. In light of the filing of Plaintiff's Second Amended Complaint, Plaintiff believes that no substantive response to Wal-Mart's motion is necessary. Counsel for

1

Wal-Mart has indicated that Wal-Mart is considering whether to move to dismiss Plaintiff's Second Amended Complaint. Plaintiff will substantively respond to such motion if one is filed.

Date: May 3, 2010                                   Respectfully submitted,

                                                    /s/George Tompkins/
                                                    George M. Tompkins, TXBN 24029864
                                                    Tompkins P.C.
                                                    825 Market Street, Building M, Suite 250
                                                    Allen, Texas  75013
                                                    972-996-4746
                                                    george@tompkinsiplaw.com

                                                    **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 3rd day of May 2010 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    /s/George M. Tompkins/